```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,              :
                                       :     ORDER
                                       :
        -v-                            :     23-CR-00177 (BCM)
                                       :
JONATHAN MOORE,                        :
                                       :
                Defendant.             :
-------------------------------------------------------------X
```

**BARBARA MOSES, United States Magistrate Judge.**

As discussed during Defendant's plea hearing on April 4, 2023, the sentencing proceeding in this case is scheduled for October 2, 2023 at 10:00 a.m., in courtroom 20A. If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, they must submit it no later than September 25, 2023.

Dated: New York, New York
       June 16, 2023

                              **SO ORDERED.**

                              _____
                              **Barbara Moses**
                              **United States Magistrate Judge**