UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              **ORDER**

    -v-

                              23-CR-00177 (BCM)

JONATHAN MOORE,

         Defendant.
-------------------------------------------------------------X

**BARBARA MOSES, United States Magistrate Judge.**

      The sentencing proceeding in this case is hereby ADJOURNED to **December 12, 2023, at 10:00 a.m.,** in courtroom 20A.  If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, they must submit it no later than December 5, 2023

      The Clerk of Court is respectfully directed to terminate the motion at Dkt. 26.

Dated: New York, New York
       September 14, 2023

                                          SO ORDERED.

                                          **Barbara Moses**
                                          **United States Magistrate Judge**